Leila Nourani (SBN 163336)
Damien P. DeLaney (SBN 246476)
Michael A. Wertheim (SBN 291228)
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone:   (213) 689-0404
Facsimile:    (213) 689-0430
leila.nourani@jacksonlewis.com
damien.delaney@jacksonlewis.com
michael.wertheim@jacksonlewis.com

Attorneys for Defendant
DISTRIBUTION ALTERNATIVES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE STANLEY, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>DISTRIBUTION ALTERNATIVES, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  5:17-cv-02173-AG-KK<br><br>**DECLARATION OF LEONARD THURMES IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>[*Filed concurrently with Defendant's Opposition to Motion to Remand*]<br><br>Complaint Filed: September 13, 2017 |

# DECLARATION OF LEONARD THURMES

I, Leonard Thurmes, declare:

1. I am the Chief Financial Officer ("CFO") for Defendant Distribution Alternatives, Inc. ("Defendant"). I submit this declaration in support of Defendant's Opposition to Plaintiff Stephanie Stanley's ("Plaintiff") Motion to Remand. I have personal knowledge of the following facts and, if called as a witness, could competently testify to each of the facts set forth below.

2. In my capacity as CFO, I have access to payroll and personnel records of Defendant's current and former employees, including Plaintiff's, that are kept in the regular course of Defendant's business.

3. In connection with this lawsuit, I reviewed payroll and personnel records of putative class members during the period from September 13, 2013 to October 23, 2017, maintained in the ordinary course of Defendant's business.

4. Based on my review, between September 13, 2016 and October 23, 2017, Defendant employed at least 231 individuals within the State of California who received weekly wage statements.

5. Defendant's hourly, non-exempt employees in California typically work eight hour shifts, five days per week, Monday through Friday.

6. Consistently week-to-week, Defendant's hourly, non-exempt employees, including those employed from September 13, 2013 to present, work hours in excess of eight hours in one day or in excess of forty hours in one work week. Overtime hours are frequently worked by Defendant's hourly employees based on workflow and labor needs.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 10th day of November, 2017 in Lino Lakes, Minnesota.

_____
LEONARD THURMES