# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 17-2173-AG(KKx) | Date | December 4, 2017 |
| Title | STEPHANIE STANLEY v DISTRIBUTION ALTERNATIVES, INC, ET AL | | |

Present: The Honorable    SANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jill Parker | Damien DeLaney |

**Proceedings:**    1. DEFENDANT DISTRIBUTION ALTERNATIVES, INC'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT [DKT 7]
    2. PLAINTIFF'S MOTION TO REMAND PURSUANT TO 28 USC § 1447 [DKT 9]

Cause is called for hearing and counsel make their appearances. Matter is argued and taken under submission.

                                                                                               :    15

Initials of Preparer    lmb