JS-6

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE STANLEY; individually, and on behalf of other members of the general public similarly situated;<br><br>    Plaintiff,<br><br>    vs.<br><br>DISTRIBUTION ALTERNATIVES, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 5:17-cv-02173-AG-KK<br><br>Honorable Andrew J. Guilford<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)**<br><br>Complaint Filed: September 13, 2017<br>FAC Filed:     January 12, 2018<br>Trial Date:     None Set |

# ORDER

Pursuant to the parties' stipulation, and for good cause shown, Plaintiff Stephanie Stanley's ("Plaintiff") individual claims against Defendant Distribution Alternatives, Inc. ("Defendant") are hereby ordered DISMISSED WITH PREJUDICE, and the class claims against Defendant are hereby ordered DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: September 06, 2018

_____

Honorable Andrew J. Guilford